**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MELISSA MOORE AND**<br>**CHARLES DARNELL CARLISLE** | **CIVIL ACTION NO.:** |
| | **DISTRICT JUDGE:** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE:** |
| **GO RAM TRANSPORTATION, LLC**<br>**JOSE GERARDO ROSALES SOTO,**<br>**AND TERRY FRYE D/B/A AFTER**<br>**HOURS REPAIR SERVICES** | |

**LIST OF PARTIES**

**NOW INTO COURT**, through undersigned counsel, come Defendants, GoRam Transportation, LLC and Jose Gerardo Rosales Soto, (collectively, "Defendants"), who submit the following list of parties in accordance with 28 U.S.C. 1447(b):

**1. Melissa Moore – Plaintiff**
represented by:
H. Price Mounger, III, Bar Roll No. 19077
Post Office Box 277
611 Queen Mountain Road
Highlands, NC 28741
Telephone: (504) 782-1385
Email Address:
PriceMounger@gmail.com

**2. Charles Darnell Carlisle - Plaintiff**
represented by:
H. Price Mounger, III, Bar Roll No. 19077
Post Office Box 277
611 Queen Mountain Road
Highlands, NC 28741
Telephone: (504) 782-1385
Email Address:
PriceMounger@gmail.com

3.  **GoRam Transportation, LLC  - Defendant**
    represented by:
    Perrier & Lacoste, LLC
    Guy D. Perrier, #20323
    Eric R. Price, #40017
    One Canal Place
    365 Canal Street, Suite 2550
    New Orleans, Louisiana 70130
    Telephone: (504) 212-8870
    Facsimile: (504) 212-8825
    Email: gperrier@perrierlacoste.com; eprice@perrierlacoste.com

4.  **Jose Gerardo Rosales Soto – Defendant**
    represented by:
    Perrier & Lacoste, LLC
    Guy D. Perrier, #20323
    Eric R. Price #40017
    One Canal Place
    365 Canal Street, Suite 2550
    New Orleans, Louisiana 70130
    Telephone: (504) 212-8870
    Facsimile: (504) 212-8825
    Email: gperrier@perrierlacoste.com; eprice@perrierlacoste.com

5.  **Terry Frye**
    Unknown representation

Respectfully submitted,

*/s/ Eric R. Price*

**GUY D. PERRIER, #20323**
**ERIC R. PRICE,  #40017**
PERRIER & LACOSTE, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820; Direct: (504) 535-2588
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: eprice@perrierlacoste.com
**Counsel for Defendants,**
*GoRam Transportation, LLC and Jose Soto*

---

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system or by email transmission, this **6th** day of **February, 2026**, at their last known address of record.

*/s/ Eric R. Price*
**ERIC R. PRICE**