**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MELISSA MOORE AND**                          **CIVIL ACTION NO.:**
**CHARLES DARNELL CARLISLE**

                                                **DISTRICT JUDGE:**
**VERSUS**
                                                **MAGISTRATE JUDGE:**

**GO RAM TRANSPORTATION, LLC**
**JOSE GERARDO ROSALES SOTO,**
**AND TERRY FRYE D/B/A AFTER**
**HOURS REPAIR SERVICES**

**LIST OF PLEADINGS**

**NOW INTO COURT**, through undersigned counsel, come Defendants, GoRam

Transportation, LLC and Jose Gerardo Rosales Soto, (collectively, "Defendants"), who represent

that the following is a list of all pleadings that have been filed to date in the 6th Judicial District

Court for the Parish of Madison, State of Louisiana, Docket Number 25-214 B, in the matter

entitled, "*Melissa Moore and Charles Darnell Carlisle v. Go Ram Transportation, LLC; Jose*

*Gerardo Rosales Soto, and Terry Frye d/b/a After Hours Repair Services*."  Undersigned counsel

certifies these are only pleadings filed in the state court action.

1. Plaintiff's Petition for Damages

2. Plaintiff's Request for Notice.

1

Respectfully submitted,

*/s/ Eric R. Price*

_____

**GUY D. PERRIER, #20323**
**ERIC R. PRICE,  #40017**
PERRIER & LACOSTE, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820; Direct: (504) 535-2588
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: eprice@perrierlacoste.com
**Counsel for Defendants,**
*GoRam Transportation, LLC and Jose Soto*

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system or by email transmission, this **6th** day of **February, 2026**, at their last known address of record.

*/s/ Eric R. Price*
**ERIC R. PRICE**

---

2