**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MELISSA MOORE AND**
**CHARLES DARNELL CARLISLE**

**VERSUS**

**GO RAM TRANSPORTATION, LLC**
**JOSE GERARDO ROSALES SOTO,**
**AND TERRY FRYE D/B/A AFTER**
**HOURS REPAIR SERVICES**

**CIVIL ACTION NO.:**

**DISTRICT JUDGE:**

**MAGISTRATE JUDGE:**

## CERTIFICATE OF FILING

I hereby certify that I have received a copy of the action styled, "*Melissa Moore and Charles Darnell Carlisle v. Go Ram Transportation, LLC; Jose Gerardo Rosales Soto, and Terry Frye d/b/a After Hours Repair Services*" bearing number  25-214 B; pending in the 6th Judicial District Court for the Parish of Madison, State of Louisiana, and that a copy of the *Notice of Removal* has been filed in the Office of the Clerk of Court, 6th Judicial District Court for the Parish of Madison, State of Louisiana, in said action.

In witness whereof, I hereunto set my hand and affix my seal this _____ day of _____, 2026.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA