**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MELISSA MOORE AND**
**CHARLES DARNELL CARLISLE**

**CIVIL ACTION NO.:**

**VERSUS**

**DISTRICT JUDGE:**

**MAGISTRATE JUDGE:**

**GO RAM TRANSPORTATION, LLC**
**JOSE GERARDO ROSALES SOTO,**
**AND TERRY FRYE D/B/A AFTER**
**HOURS REPAIR SERVICES**

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF GORAM TRANSPORTATION, LLC

Defendant, GoRam Transportation, LLC, by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following corporate disclosure statement, stating as follows:

GoRam Transportation, LLC is a limited liability company. It has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

Respectfully submitted,

/s/ Eric R. Price_____
**GUY D. PERRIER (#20323)**
**ERIC R. PRICE (#40017)**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Phone: 504-212-8870
Fax: 504-212-7292
Email: gperrier@perrierlacoste.com
Email: eprice@perrierlacoste.com
Counsel for GoRam Transportation, LLC

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system or by email transmission, this **6th** day of **February, 2024**, at their last known address of record.

_____/s/ Eric R. Price_____
**ERIC R. PRICE**

---

1