**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MELISSA MOORE AND** **CHARLES DARNELL CARLISLE** | **CIVIL ACTION NO.:** |
| | **DISTRICT JUDGE:** |
| **VERSUS** | **MAGISTRATE JUDGE:** |
| **GO RAM TRANSPORTATION, LLC** **JOSE GERARDO ROSALES SOTO,** **AND  TERRY  FRYE  D/B/A  AFTER** **HOURS REPAIR SERVICES** | |

**DEFENDANT GORAM TRANSPORTATION, LLC'S**
**DIVERSITY JURISDICTION DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure requiring parties to file a diversity disclosure statement, Defendant, GoRam Transportation, LLC, submits the following in this matter, to wit:

1. GoRam Transportation, LLC's only members are Daniel Ramirez and Erika Rodriguez. Ramirez and Rodriguez are both resident citizens of the state of Texas. As such, Defendant, GoRam Transportation, LLC, is a resident citizen of Texas for purposes of diversity.

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system or by email transmission, this **6th** day of **February, 2026**, at their last known address of record.

_/s/ Eric R. Price_____
**ERIC R. PRICE**

</td><td>

Respectfully submitted,

_/s/ Eric R. Price_____
**GUY D. PERRIER (#20323)**
**ERIC R. PRICE (#40017)**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Phone: 504-212-8870
Fax: 504-212-7292
 Email: gperrier@perrierlacoste.com
Email: eprice@perrierlacoste.com
*Counsel for Defendant Goram Transportation, LLC*

</td></tr>
</table>